| | AUSA: | Anthony Vance | Telephone: (810) 766-5177 |
|---|---|---|---|
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent: | Greg Lotoczky | Telephone: (810) 341-5710 |

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

United States of America
    v.

Billy J. Chambers

Case: 4:26−mj−30343
Judge: Ivy, Curtis, Jr
File Date : 6/5/2026

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____August 30, 2025____ in the county of ____Genesee____ in the ____Eastern____ District of ____Michigan____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(i) | Arson |
| 18 U.S.C. § 247(a)(2) and (d)(3) | Obstruction of Persons in the Free Exercise of Religious Beliefs |
| 18 U.S.C. § 844(h) | Arson to Commit a Federal Offense |

This criminal complaint is based on these facts:

On August 30, 2025, at approximately 2:16 a.m., St. Mark Missionary Baptist Church in Flint, Michigan was intentionally set on fire.  St. Mark's is real religious property and real property used in any activity affecting interstate commerce, as defined in Title 18 of the United States Code.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Gregory Lotoczky Special Agent, ATF
_____
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
*Judge's signature*

Date: __June 5, 2026__

City and state: __Flint, MI__

Curtis Ivy,  United States Magistrate Judge
_____
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT

I, Special Agent Gregory Lotoczky, being duly sworn, hereby depose and state as follows:

### Introduction

1. I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) since 2004. I have been a Certified Fire Investigator (CFI) since 2018 and have been assigned to the Flint Field Office from 2016 to 2022. In July 2022, I accepted a position as a full-time member of the ATF National Response Team (NRT). I have received basic law enforcement training and have attended numerous specialized law enforcement training courses and schools, sponsored by the ATF as well as other law enforcement agencies, relating to the investigation of a wide range of criminal activity. I have specialized training and experience including, but not limited to, fire and explosion investigations, homicide investigations, death investigations, and drug investigations. I have training and experience in interviewing witnesses and victims of crimes, developing and interviewing suspects and collecting and preserving physical evidence. Over the course of numerous investigations, I have utilized data obtained through legal process related to cellular records, including location information.

2. The facts in this affidavit come from my personal observations, training, experience, and information obtained from other agents, law enforcement

1

officers, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not set forth all of my knowledge about this matter.

3.     Based on my training and experience, and the facts as set forth in this affidavit, there is probable cause to believe that Billy Joe CHAMBERS intentionally obstructed persons in the free exercise of their religious beliefs by the use of fire, in violation of 18 U.S.C. § 247(a)(2) and (d)(3); that he maliciously damaged and destroyed, by means of fire or an explosive, a building or other real or personal property used in interstate or foreign commerce or in any activity affecting interstate or foreign commerce, in violation of 18 U.S.C. § 844(i); and that he committed arson in the commission of a federal felony offense, in violation of 18 U.S.C. § 844(h).

### Probable Cause

4.     On August 30, 2025, at approximately 2:16 a.m., St. Mark Missionary Baptist Church in Flint, Michigan was intentionally set on fire.  St. Mark's is real religious property and real property used in any activity affecting interstate commerce, as defined in Title 18 of the United States Code.  As a result of the damage caused by the fire, St. Mark was unable to hold services at the church for approximately two months.

5.     The incident was captured on St. Mark's video surveillance cameras. Surveillance video at St. Mark's captured a suspect, Billy J. CHAMBERS, setting

2

the church on fire.  In the video, CHAMBERS brought a red gas can, which was wrapped in a black trash bag, and a piece of cloth to the church which he then used to set the church on fire.

6.     At approximately 2:03 a.m., CHAMBERS arrived at St. Mark Missionary Baptist Church walking from a field just east of the church. CHAMBERS began inspecting the area near where the fire would be started. CHAMBERS made multiple trips back and forth between the church and the field just east of the church.



7.     At approximately 2:11 a.m., BILLY J. CHAMBERS emerged from the field and approached the church with an object in his right hand.  CHAMBERS raised the object above his head and struck a window with the object. CHAMERS then walked back to the field just east of the church.

3

8.      At approximately 2:12 a.m., CHAMBERS returned to the church carrying a piece of cloth and the red gas can, which was concealed inside of the black garbage bag.  CHAMBERS poured the contents of the red gas can into the window he previously struck.  CHAMBERS then placed the piece of cloth in the window and poured more of the contents of the red gas can in the window.

 

Red container inside black bag

9.      At approximately 2:13 a.m., BILLY J. CHAMBERS returned to the field just east of the church where he discarded the red gas can which was still concealed inside of the black garbage bag.

10.     At approximately 2:16 a.m., BILLY J. CHAMBERS, while carrying an ignition device in his right hand, returned to the window where he poured the contents of the red gas.  CHAMBERS ignited the ignition device, which he then used to set the church on fire.

 

11.     At approximately 2:17 a.m., after the church caught fire, CHAMBERS ran back to the field just east of the church.

 

12.     At approximately 1:32 a.m., CHAMBERS received a call on his cell phone during which his cell phone connected to cell phone tower in the vicinity of his residence.  At approximately 2:20 a.m., CHAMBERS made a call on his cell phone.  During the call, CHAMBERS's cell phone connected to a cell phone tower just 0.4 miles from St. Mark Missionary Baptist Church.  At approximately 2:56 a.m., CHAMBERS received a call on his cell phone during which his cell phone

connected to a cell tower in the vicinity of his residence.   CHAMBERS's residence is more than two miles away from St. Mark Missionary Baptist Church.   Thus, CHAMBERS's cell phone location is consistent with travel from his residence to St. Mark Missionary Baptist Church and then returning back to his residence.   If further coincides with the time of the fire.

13.   On June 5, 2025, myself and other ATF special agents executed a federal search warrant at CHAMBERS's residence.   Inside the residence, we seized the clothing and shoes CHAMBERS wore on the day of the arson.



14.   Following the execution of the search warrant, I advised CHAMBERS of his *Miranda* rights.  I read the *Miranda* rights from a card.  CHAMBERS indicated that he understood his rights.   I asked CHAMBERS about the presence of any

contraband within his apartment.  He denied the presence of any firearms and admitted to there being marijuana in the apartment and that he had just completed smoking crack cocaine.

15.     Later, at the Flint Police Department, Detective Kyle Brandon and I again spoke to CHAMBERS regarding the investigation.  Prior to questioning, I read CHAMBERS his *Miranda* rights from an ATF form.  CHAMBERS indicated that he understood his right to remain silent and that anything that is said can be used in court.  Next, CHAMBERS wrote "I would like a lawyer" on the form.  This was below the line indicating "You have the right to talk to a lawyer before we ask you any questions and to have a lawyer with you during questioning."  This was after he indicated that he understood that right.  Detective Brandon asked if CHAMBERS wanted a lawyer and CHAMBERS immediately replied that "we can answer some questions…"  I explained that if he wanted a lawyer, we would not ask any questions.  CHAMBERS indicated that he did not need a lawyer now but may need one in the future and agreed to answer questions.  I retained the current ATF Advice of Rights form and started a new form.  I again read each of the rights from the form and CHAMBERS initialed next to each right, indicating that he understood his rights.  Next, CHAMBERS signed the waiver portion of the form indicating that he was advised of his rights and he was willing to answer questions without a lawyer present.

7

16.     CHAMBERS indicated that he has resided at his apartment (███████ ████████████████, Flint, MI) since 2021.   Through the course of the conversation, I asked CHAMBERS about St. Mark Missionary Baptist Church on Dupont Street in Flint, MI.   CHAMBERS said that he had never been to St. Mark Church.   He went on to talk about a church at Dupont and McClellan with a traffic signal at the intersection, which is the intersection of St. Mark Church. CHAMBERS again said he was never at that church and that he never set it on fire.

17.     I provided CHAMBERS with a picture of a security camera image depicting CHAMBERS and the clothing he was wearing on the night of the fire event.   CHAMBERS was advised that all of the clothing items were recovered from his apartment today.   CHAMBERS acknowledged that he has a hat like the one pictured.   He said that he was not going to admit to something he didn't do and requested an attorney.   Questioning stopped and CHAMBERS was led from the room.

## Conclusion

Based upon the above information, there is probable cause that on or about August 30, 2025, in the Eastern District of Michigan, Billy J. CHAMBERS intentionally obstructed persons in the free exercise of their religious beliefs by the use of fire, in violation of 18 U.S.C. § 247(a)(2) and (d)(3); maliciously damaged and destroyed, by means of fire or an explosive, a building or other real or personal property used

8

in interstate or foreign commerce or in any activity affecting interstate or foreign commerce, in violation of 18 U.S.C. § 844(i); and committed arson in the commission of a federal felony offense, in violation of 18 U.S.C. § 844(h).

_____
Special Agent Gregory Lotoczky
Bureau of Alcohol, Tobacco, Firearms and Explosives

Subscribed and sworn before me or
by reliable electronic means.

_____
Honorable Curtis Ivy, Jr.
United States Magistrate Judge

Dated:  June 5, 2026