UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

       Plaintiff,

v.

Billy J. Chambers,

       Defendant.

---

## MOTION TO SEAL
## COMPLAINT AND ARREST WARRANT

---

THE UNITED STATES OF AMERICA requests the court to seal the Complaint and Arrest Warrant, and all attendant papers for the reason that the Defendant may flee prior to appearance on the complaint. This sealing order is entered with the express exception that upon the arrest of the Defendant, the government may provide copies of the aforementioned documents to the following persons to facilitate the Defendant's appearance in court:  the court and its staff, the United States Pretrial Services, the United States Probation Department, the United States Marshals Service, the Defendant, the Federal Community Defender's Office,

and/or the Defendant's attorney.  The documents otherwise remain sealed for all other purposes until unsealed by order of the court.

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney


_s/Anthony Vance_
 Anthony Vance
Assistant United States Attorney
600 Church Street
Flint, MI  48502
anthony.vance@usdoj.gov
(810) 766-5177

Dated:  June 5, 2026