UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

        Plaintiff,

v.

Billy J. Chambers,

        Defendant.

Case: 4:26−mj−30343
Hon. Curtis Ivy, Jr.

---

## ORDER TO SEAL COMPLAINT AND ARREST WARRANT

---

Upon the Government's request,

    IT IS HEREBY ORDERED that this Motion and Order to Seal, the

Complaint and Arrest Warrant shall be filed under seal.

_____
Hon. Curtis Ivy, Jr.
United States Magistrate Judge

Entered:  June 5, 2026