UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff,

                                    Criminal No. 26-MJ-30343

v.

                                      Hon. Curtis Ivy, Jr.
                                      U.S. Magistrate Judge

Billy J. Chambers,

      Defendant

_____

**MOTION TO UNSEAL THE
COMPLAINT AND ARREST WARRANT**

_____

    The United States of America requests the court to unseal the Complaint,

Arrest Warrant, and all attendant papers for the following reasons:

1.  That the defendant has been arrested on the complaint by law enforcement

    officers.

2.  That the United States is no longer apprehensive that the defendant may flee

    prior to appearance on the complaint.

                                  Respectfully submitted,

                                  Jerome F. Gorgon Jr.
                                  United States Attorney

Dated  June 8, 2026           *s/Anthony Vance*
                                  Anthony Vance P61148
                                  Assistant United States Attorney
                                  600 Church Street
                                  Flint, MI 48502
                                  Anthony.vance@usdoj.gov