UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

      Plaintiff,

                                  Criminal 26-mj-30343

v.

                                    HON. Curtis Ivy, Jr.

BILLY J. CHAMBERS,            U.S. Magistrate Judge

      Defendant

_____

**ORDER TO UNSEAL THE**
**COMPLAINT AND ARREST WARRANT**

_____

      Upon the Government's request,

      IT IS HEREBY ORDERED that the Motion and Order to Seal Indictment and arrest warrant

shall be unsealed.

      IT IS SO ORDERED.

                                  s/Patricia Morris
                                  _____
                                  Patricia T. Morris

June 8, 2026                       U.S. Magistrate Judge